<pre>
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                          TACOMA DIVISION

GENEVA CROSE,                        Civil No. C15-5682 RSM

    Plaintiff,

    vs.                              ORDER ON REMAND

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
</pre>

This matter comes before this Court following an appeal (Dkt. #18) of this Court's Order affirming the Social Security Administration's denial of benefits to Plaintiff (Dkt. #16). On June 29, 2018, the United States Court of Appeals for the Ninth Circuit issued a Memorandum reversing this Court's order and remanding this matter to the Social Security Administration for an award of benefits. Dkt. #20.

On August 13, 2018, the Court of Appeals issued the formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of that Court. Dkt. #21.

It is hereby ORDERED that this matter be remanded to the Social Security

Page 1    ORDER ON REMAND

Administration for an award of benefits consistent with the Ninth Circuit's Memorandum entered June 20, 2018.

The Clerk is directed to enter judgment for plaintiff and close this case.

DATED this 17th day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:

s/ Sarah L. Martin
SARAH L. MARTIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3705
Fax: (206) 615-2531
sarah.l.martin@ssa.gov